## IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| BROZE MEXICO, S.A. DE C.V. | ) )  ) Case No.  3:10 - MC - 026 ) |
| Petitioner. | ) ) Judge  TIMOTHY S. BLACK ) ) MICHAEL R. MERZ  U.S. MAGISTRATE JUDGE |

## ORDER UNDER 28 U.S.C. § 1782(a) REQUIRING A STATEMENT OR TESTIMONY FOR USE IN A FOREIGN PROCEEDING

For good cause shown --including application to this Court by Applicant Broze Mexico S.A. de C.V. and Letter Rogatory No. 711/2010 from Judge Carlos Manuel Septien Olivares, Second Civil Judge for the Superior Court of Justice in the State of Queretaro, Mexico-- the Court hereby grants the application for an Order under 28 U.S.C. § 1782(a) requiring a statement or testimony for use in a foreign proceeding.

This Court thus authorizes counsel, as an officer of the Court, to serve Dayton Steel Services, Inc. with the Letter Rogatory and its requests via personal service or via certified mail as ordinarily permitted by this Court. The Court further orders Dayton Steel Services, Inc. to respond to the requests in Exhibit A hereto (numbered 1 though 2 with parts 2a through 2e) within 10 days of service. Dayton Steel Services, Inc. may respond either via (i) sworn testimony before counsel with a qualified court reporter, at a date and location of counsel's choosing, with reasonable accommodation to be made by counsel if requested; or (ii) Declaration provided under penalty of perjury under the laws of the United States of America, attaching the questions and responses and the two certificates, to be returned to Applicant's counsel. Counsel for Applicant Broze Mexico is Richard Porotsky, Dinsmore & Shohl LLP, 255 East Fifth Street, Cincinnati, Ohio, 45202 (Phone 513-

977-8200) (Email: porotsky@dinslaw.com).

The information is to be provided for use in the current case in Mexico, captioned as Brose Mexico, S.A. de D.V. v. Stamped Products, Inc., Case No. 610/2010, pending before Judge Olivares.



Judge

Date

## Exhibit A

### Requests for Information

1.  Dayton Steel Service, Inc. shall ratify the contents and signatures of the two certificates dated on June 8, 2005 with references "Shipper No. 118530 and 118531" issued by Dayton Steel Services, Inc., document therein attached in closed envelope and which shall be produced to the legal representative of the mentioned company.

2. Dayton Steel Service, Inc., located at 3911 Dayton Park Drive, Dayton, Ohio, Zip Code 45414 shall be required to state in writing before the Court as to the following:

   a. If it issued on June 08, 2005 instructions to send to STAMPED PRODUCTS, INC. with address in 201 Industrial PKWY, Gadsen, Alabama, 35903, United States, 8,280 tons of galvanized steel, grade 1006 CS TYPE B, indicating if in those documents they described the chemical composition of the carbon content with Shipping Number: 118531.

   b. If it issued on June 08, 2005 instructions to send to STAMPED PRODUCTS, INC. with address in 201 Industrial PKWY, Gadsen, Alabama, 35903, United States, 13,790 tons of galvanized steel, grade 1006 CS TYPE B, indicating if in those documents they described the chemical composition of the carbon content with Shipping Number: 118530.

   c. If the Company received from STAMPED PRODUCTS, Inc. a Purchase Order for galvanized steel.

   d. It shall state what kind of steel was requested by such Purchase Order placed by Stamped Products, Inc..

   e. It shall state if steel delivered to STAMPED PRODUCTS, INC. on June 08, 2005, had 0.005% of carbon content.